# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JEFFREY N. YOUNG and BARRY
J. DAVIS, on behalf of themselves
and all other similarly situated,

      Plaintiff,

v.

TRANSUNION LLC, TRANSUNION
CORP., TRANSUNION HOLDING
CO., INC., EQUIFAX
INFORMATION SERVICES LLC,
EQUIFAX INC, SUNTRUST
MORTGAGE INC., SUNTRUST
BANKS, INC., TRANSUNION L.L.C.
and ONEWEST BANK FSB,

      Defendants.

CIVIL ACTION FILE

NO. 1:15-cv-1802-MHC-JKL

## ORDER

Plaintiffs filed a Notice of Settlement [Doc. 158] on June 9, 2016. The

Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.

Upon finalization of the settlement documents, parties shall file a stipulation of

dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 24th day of June, 2016.

MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.